**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Alesha Greene, Civil No. 00-50 ADM/AJB

Plaintiff,

v. **PRETRIAL SCHEDULING ORDER**

Batten, Barton, Durstine & Osborn,
a/k/a BBDO Minneapolis,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by May 1, 2000.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before February 29, 2000.

3. No more than 25 interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by any party.

4. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Expert witness depositions are not anticipated.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

FILED FEB 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

1. All motions which seek to amend the pleadings or add parties must be served by April 1, 2000. [Any motion for leave to amend to allege punitive damages must be served and filed before the discovery deadline date].

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, May 1, 2000.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by July 1, 2000. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on September 1, 2000, or upon resolution of any pending dispositive motions. Anticipated length of trial is 3 days.

Dated: 2/29/00

Arthur J. Boylan
United States Magistrate Judge