**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil No. 00-50 ADM/AJB

Alesha Greene,

Plaintiffs,

v.

**ORDER ON MOTION TO EXTEND DISCOVERY DEADLINE**

Batten, Barton, Durnstine & Osborne,
aka BBDO Minneapolis,

Defendant.

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff's motion to extend discovery deadline [Docket No. 11]. Hearing was held on May 10, 2000 at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Don Nichols, Esq. appeared on behalf of the plaintiff. Kathryn Wilson, Esq., appeared on behalf of the Defendant.

Based upon the file and documents contained therein, along with memorandums and arguments of counsel, **IT IS HEREBY ORDERED THAT** plaintiff's motion to extend the discovery deadline is **granted.** The discovery deadline shall be extended until May 26, 2000. The dispositive motion deadline shall be extended to August 1, 2000. [Docket No. 11]. It is further ordered that in response to plaintiff's discovery request, defendant shall conduct a search for all email messages to, from, or about plaintiff during the time period of August 1, 1999 through October 31, 1999.

Dated: 5/10/00

Arthur J. Boylan
United States Magistrate Judge

FILED MAY 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK