**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Alesha Greene,

Plaintiff,

vs.

Batten, Barton, Durstine & Osborn, a/k/a BBDO Minneapolis,

Defendant.

Civil File No. 00-50-ADM/AJB

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

The parties hereto, by and through their respective counsel of record, hereby stipulate and agree that the above-captioned action shall be dismissed, on the merits, with prejudice, and without costs to either party.

Date: May 31, 2000

**LITTLER MENDELSON, P.C.**

By ______________________

Kathryn Mrkonich Wilson (MN #283605)
Heather C. Sherman (MN #0288135)
Marko J. Mrkonich (MN #125660)
Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55401
Telephone: (612) 630-1000
Facsimile: (612) 630-9626

**ATTORNEYS FOR DEFENDANT BBDO MINNEAPOLIS**

FILED JUN 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Date: 5/18, 2000

NICHOLS KASTER & ANDERSON

By ______________________
Donald H. Nichols
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2242

**ATTORNEY FOR PLAINTIFF ALESHA GREENE**

**ORDER**

Pursuant to the Stipulation of the parties as set forth above, and good cause appearing, **IT IS HEREBY ORDERED**, that this action be dismissed with prejudice, and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 1, 2000

BY THE COURT

______________________
The Honorable Ann D. Montgomery